```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


Ray N. Lutz,                    :

        Plaintiff,              :

    v.                          :        Case No. 2:10-cv-756

                                :        JUDGE JAMES L. GRAHAM
Commissioner of Social                   Magistrate Judge Kemp
Security,                       :

        Defendant.              :
```

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 20, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors (#13) is **OVERRULED** and this case is **DISMISSED**. The Clerk is directed to enter judgment in favor of the defendant.

Date: May 24, 2011                       S/James L. Graham
                                     James L. Graham
                                     United States District Judge